# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RONNIE MOORE, JR.**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 3:12CV00301-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                  **DEFENDANT**

## JUDGMENT

In accordance with the Court's findings of fact and conclusions of law following oral argument by counsel at a hearing held on December 5, 2013, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

So ordered this 9th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE