**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RONNIE MOORE, JR.**                                                                          **PLAINTIFF**

**V.**                         **CASE NO.: 3:12-CV-301-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                        **DEFENDANT**

## ORDER

On Oct 17, 2014, the Eighth Circuit Court of Appeals reversed this court's order affirming the Commissioner's decision, after determining that the Commissioner failed to meet his step five burden. Specifically, the court of appeals determined that the administrative law judge improperly relied on vocational expert testimony without resolving an apparent conflict between the expert's testimony and the Dictionary of Occupational Titles. For this reason, this court reverses the Commissioner's decision and remands this case to the Commissioner for resolution of the conflict and reconsideration of whether work exists that Mr. Moore can do.

IT IS SO ORDERED this 9th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE