## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RONNIE MOORE, JR.**                                                                                    **PLAINTIFF**

V.                                    **CASE NO.: 3:12CV00301 BD**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**                                                                       **DEFENDANT**

### ORDER

Plaintiff Ronnie Moore, Jr. has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #28) He seeks fees in the amount of $3,347.00 and expenses in the amount of $17.85. The Commissioner does not object to the amount requested. (#30)

Mr. Moore's motion (#28) is GRANTED, and he is awarded $3,364.85 in fees and expenses, subject to offset if he has outstanding federal debts.

DATED this 5th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE